AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

AVENTIS PHARMA S.A. and
SANOFI-AVENTIS U.S., LLC,

               Plaintiffs,

v.

APOTEX, INC. and APOTEX CORP.,

               Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 8 - 4 9 6

TO:  (Name and address of Defendant)
     Apotex Corp.
     c/o The Corporation Trust Company (registered agent)
     Corporation Trust Center
     1209 Orange Street
     Wilmington, DE  19801

     **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Steven J. Balick
     Ashby & Geddes
     500 Delaware Avenue, 8th Floor
     P.O. Box 1150
     Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____     August 8, 2008
CLERK                                 DATE

_____
(By) DEPUTY CLERK

{00234356;v1}

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>August 8, 2008 | |
| NAME OF SERVER *(PRINT)*<br>Frank Joyce | TITLE<br>Process Server | |

*Check one box below to indicate appropriate method of service*

❑   Served personally upon the defendant. Place where served: _____

_____

❑   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

❑   Returned unexecuted: _____

_____

☒   Other (specify): Personally hand delivered the summons and complaint to Apotex Corp.
at the address listed on the front of this summons.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:   August 8, 2008 _____

Date                                Signature of Server

Address of Server

Parcels, Inc.
230 North Market Street
Wilmington, DE   19801

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.