IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVENTIS PHARMA S.A.,<br>SANFOFI-AVENTIS U.S.,LLC<br>*Plaintiffs,*<br><br>-v-<br><br>APOTEX, INC.,<br>APOTEX CORP.,<br><br>*Defendants.* | Civil Action No:<br>**08 - 496** |

## AFFIDAVIT OF SERVICE

I, Mervyn Archdall, Process Server with Independent Process Servers, 47 Colborne Street, of the City of Toronto, in the Province of Ontario, M5E 1P8, in the Dominion of Canada

**MAKE OATH AND SAY:** I am over 18 years of age and I am not a party to this action.

1.   **THAT** on August 12, 2008, at approximately 11:55 a.m., I served the Defendant, Apotex, Inc., with a true copy of the Summons in a Civil Case and Complaint for Patent Infringement, of the United States District Court, for the District of Delaware by delivering and leaving a true copy of each with Shashank Upadhye, at Apotex, Inc., 150 Signet Drive, Toronto, Ontario, M9L1T9.

2.   **THAT** at the time of such service, I was able to identify the said person by asking for his name and he identified himself to me as being Shashank Upadhye a Vice-President, Global Intellectual Property at Apotex, Inc.

**SWORN** before me at
the City of Toronto, in
the Province of Ontario,
on August /4 , 2008

_____
Anita Klerdorf, a Commissioner, etc.,
Province of Ontario, for Independent Process
Servers, and for Process Serving, Commercial
Tenancies Act and Tenant Protection Act, 1977
matters only.   Expires July 5, 2009.

_____
**MERVYN ARCHDALL**

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Delaware

AVENTIS PHARMA S.A. and
SANOFI-AVENTIS U.S., LLC,

    Plaintiffs,

v.

APOTEX, INC. and APOTEX CORP.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-496

TO: Apotex Inc.
     150 Signet Drive
     Toronto
     Ontario, Canada   M91 1T9

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Steven J. Balick
    Ashby & Geddes
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____  8/11/08
CLERK                                DATE

_(signature)_
(By) DEPUTY CLERK

{00234667;v1}

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | August 12th., 2008 |
| NAME OF SERVER (PRINT) Mervyn Archdall | TITLE | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Apotex Inc., 150 Signet Drive, Toronto, Ontario, M9L 1T9

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | $66.60 | SERVICES | $60.00 | TOTAL | $126.60 |
|---|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: August 13, 2008
Date

Signature of Server

Address of Server: 47 Colborne St., Ste. 100, Toronto, ON. M5E 1P8

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{00234667;v1}