**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. 1:08-cv-00496-UNA |
| vs. | ) | |
| | ) | |
| APOTEX, INC., | ) | |
| APOTEX CORP. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Richard W. McLaren, Jr., Esq. to represent Apotex, Inc. and Apotex Corp. in this

matter.

DATED: August 27, 2008

**DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (DE# 3143)
Aimee Czachorowski (DE# 4670)
Matt Neiderman (DE# 4018)
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302-657-4900

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____                    _____
                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the states of Illinois and Ohio, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

DATE:      August 20, 2008            Signed:      *Richard W McLaren Jr*

Richard W. McLaren, Jr., Esq.
Duane Morris LLP
Suite 3700
190 South LaSalle Street
Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

I, Matt Neiderman, do hereby certify that on this 27th day of August 2008, I caused to be

served a copy of the foregoing document on the following counsel of record via electronic filing:

> Steven J. Balick, Esq.
> Tiffany Geyer Lydon, Esq.
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> Wilmington, Delaware 19899

/s/ Matt Neiderman
Matt Neiderman (I.D. No. 4018)