IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVENTIS PHARMA S.A., | ) | |
| SANOFI-AVENTIS U.S., LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 08-cv-496 GMS |
| v. | ) | |
| | ) | |
| APOTEX INC., | ) | |
| APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants disclose that Aposherm, Inc. is the parent of Apotex Corp. No publicly held corporation owns 10% or more of the stock of Aposherm, Inc. or Apotex Corp. Apotex Pharmaceutical Holdings Inc. is the parent of Apotex Inc. No publicly held corporation owns 10% or more of the stock of Apotex Pharmaceutical Holdings Inc. or Apotex Inc. Apotex Holdings Inc. is the grandparent of both Defendants. No publicly held corporation owns 10% or more of the stock of Apotex Holdings Inc.

Dated: August 28, 2008

**DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (Bar I.D. No. 3143)
Matt Neiderman (Bar I.D. No. 4018)
Aimee M. Czachorowski (Bar I.D. 4670)
1100 N. Market St., Suite 1200
Wilmington, DE 19801
302.657.4927

*Of Counsel:*

Richard T. Ruzich
Daniel R. Cherry

Richard W. McLaren, Jr.
Robert M. Gould, Ph.D.
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603
(312) 499-6700
(312) 499-6701 (Fax)

Anthony J. Fitzpatrick
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210-2600
(857) 488-4220
(857) 401-3018 (Fax)